**No. 48897.**—Protests 880085–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the hats or hoods composed of ramie and cellophane are the same as those involved in Abstract 47291. The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained as to those items.

**No. 48898.**—Protests 85662–K, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by TILSON, J. The record showed that certain of the hats or hoods composed of ramie and cellophane are the same as those involved in Abstract 47291. The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained as to those items.

**No. 48899.**—Protests 805201–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48900.**—Protest 99117–K of Winsor & Newton, Inc. (New York).

Opinion by LAWRENCE, J. The record fully supported the claim of plaintiff, inasmuch as the appraiser now concedes that the paint boxes in question are similar to those involved in Abstract 46411 and therein held dutiable at 22½ percent under said paragraph 397 and T.D. 49753. In accordance therewith the protest was sustained.

**No. 48901.**—Protests 928864–G, etc., of J. A. Freeman & Son et al. (Portland, Oreg.).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 20, 1943

**No. 48902.**—Protests 82358–K, etc., of M. E. Dey & Co. (Milwaukee).

KEEFE, Judge: The merchandise under consideration in these protests consists of green salted hides. The merchandise was liquidated upon the basis of the invoice weights and the unit entered values, the hides being appraised as entered.